UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01298-SPG | JS-6 | Date | March 9, 2023 |
|---|---|---|---|---|
| Title | In re Catherine Trinh | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DISMISSING APPEAL OF BANKRUPTCY COURT'S ORDER

    Appellant Catherine Trinh ("Appellant") appeals the Order of the United States Bankruptcy Court for the Central District of California Granting Plan Trustee's Motion for Order Determining that James Voong's Deposit Has Been Forfeited to the Plan Trust. (ECF No. 1 at 3). On February 25, 2022, Trinh filed a Notice of Appeal. (*Id.* at 1). That same day, the Bankruptcy Court filed a Notice Regarding Appeal, explaining the deadlines and requirements for the appeal. (ECF No. 2). As relevant here, the Bankruptcy Court explained that Trinh "must file . . . [a] designation of record," "statement of issues on appeal," and a "notice regarding the ordering of transcripts" within 14 days of filing the notice of appeal. (*Id.* at 1). The Bankruptcy Court further stated that "[t]he failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal . . . ." (*Id.* at 2). The Bankruptcy Court's notice conforms to the Federal Rules of Bankruptcy Procedure, which require an appellant to serve and file with their brief excerpts of the record as an appendix. Fed. R. B. Proc. 8009, 8018(b).

    Appellant has failed to file any of these documents. This is problematic not just as a technical failure to follow the rules. Absent these excerpts, the Court is unable to assess the merits of the appeal. Accordingly, the Court DISMISSES the appeal. *See, e.g.*, *In re Lou*, No. 96-56125, 1997 U.S. App. LEXIS 14902, at *1-2 (9th Cir. 1997) (finding no abuse of discretion where district court sua sponte dismissed appeal because party filed excerpts of record late); *Recinos v. MorEquity, Inc.*, No. 2:12-CV-826 JCM (GWF), 2012 WL 2503960, at *2 (D. Nev.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01298-SPG | Date | March 9, 2023 |
| Title | In re Catherine Trinh | | |

June 28, 2012) (dismissing bankruptcy appeal for failure to file excerpts of record).

**IT IS SO ORDERED.**

DATED: March 9, 2023

                                                                                                                        _____ : _____

Initials of Preparer    pg